```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0002--CR (RRB)
                  "USA V BECKY NADINE HUNTER"
                  DEF 1.1 HUNTER, BECKY NADINE

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge: The Honorable Joseph W. Miller, U.S. Magistrate Judge
               Filed: 02/20/04
              Closed: 02/23/05
  No. of Defendants: 1
      MJ Case Number:
                 AKA: REBEKAH A. HUNTER, REBECCA A. HUNTER, ANN R. HUNTER, REBEKAH A. SMITH,
                      BECKY NADINE SMITH, REBEKAH NADINE CARDEN, REBEKAH NADINE SMITH, REBECCA A.
                      BENNETT, REBEKAH ANNADINE BENNETT HUNTER, REBEKAH ANN HUNTER, REBEKAH
                      NADINE SMITH, REBEKAH NADINE PRATT, REBECCA SMITH, BECKY M. BARNETTE, A.R.
                      HUNTER, ANNADINE R. HUNTER, REBECCA HARTWIG, REBECCA A. SMITH HARTWIG,
                      REBECCA A. RODGERS, BECKY SMITH, REBEKAH BECKY SMITH
    Location status: U.S. Custody
          Trial date: 07/13/04
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: Terrance Kellogg
                     1900 Pacific Building
                     720 3rd Avenue
                     Seattle, WA 98104
                     206-447-1815
                     Serve: YES
                      Type: CJA
                      Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 HUNTER, BECKY NADINE

Document            Count    Citation and Description                                Disposition
─────────────────   ─────    ──────────────────────────────────────────────────      ───────────
    5 -   1 IND       1      18:1028(a)(7) and (b)(1)(D)  IDENTITY THEFT (F)         Terminated

    5 -   1 IND       2      18:1028(a)(7) and (b)(1)(D)  IDENTITY THEFT (F)         Terminated

    5 -   1 IND       3      18:1341 MAIL FRAUD (F)                                  Terminated

    5 -   1 IND       4      18:1341 MAIL FRAUD (F)                                  Terminated

    5 -   1 IND       5      18:1341 MAIL FRAUD (F)                                  Terminated
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0002--CR (RRB)
                                    "USA V BECKY NADINE HUNTER"
                                  DEF 1.1 HUNTER, BECKY NADINE

                    Including terminated defendants, excluding terminated counsel


    5 -    1 IND     6       18:1341 MAIL FRAUD (F)                            Terminated

    5 -    1 IND     7       18:1341 MAIL FRAUD (F)                            Terminated

    5 -    1 IND     8       18:1001(a)(3) FALSE STATEMENTS (F)                Terminated

    5 -    1 IND     9       18:1001(a)(3) FALSE STATEMENTS (F)                Terminated

    5 -    1 IND    10       18:1014 FALSE STATEMENTS (F)                      Terminated

    5 -    1 IND    11       18:1341 MAIL FRAUD (F)                            Terminated

    5 -    1 IND    12       18:1341 MAIL FRAUD (F)                            Terminated

    5 -    1 IND    13       18:1341 MAIL FRAUD (F)                            Terminated

    5 -    1 IND    14       18:1343 WIRE FRAUD (F)                            Terminated

    5 -    1 IND    15       18:1341 MAIL FRAUD (F)                            Terminated

    5 -    1 IND    16       18:152(3) FALSE STATEMENTS IN BANKRUPTCY (F)      Terminated

    5 -    1 IND    17       18:152(1) CONCEALMENT OF ASSETS (F)               Terminated

    5 -    1 IND    18       18:1014 FALSE STATEMENTS (F)                      Terminated

   14 -    1        1-S      18:1028(a)(7) and (b)(1)(D) IDENTITY THEFT (F)    Sentenced
                                                                               (127-1)

   14 -    1        2-S      18:1028(a)(7) and (b)(1)(D) IDENTITY THEFT (F)    Sentenced
                                                                               (127-1)

   14 -    1        3-S      18:1341 MAIL FRAUD (F)                            Sentenced
                                                                               (127-1)

   14 -    1        4-S      18:1341 MAIL FRAUD (F)                            Sentenced
                                                                               (127-1)

   14 -    1        5-S      18:1341 MAIL FRAUD (F)                            Sentenced
                                                                               (127-1)

   14 -    1        6-S      18:1341 MAIL FRAUD (F)                            Sentenced
                                                                               (127-1)

   14 -    1        7-S      18:1341 MAIL FRAUD (F)                            Acquitted
                                                                               (127-1)

   14 -    1        8-S      18:1001(a)(3) FALSE STATEMENTS (F)                Sentenced
                                                                               (127-1)

   14 -    1        9-S      18:1001(a)(3) FALSE STATEMENTS (F)                Sentenced
                                                                               (127-1)
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0002--CR (RRB)
                                      "USA V BECKY NADINE HUNTER"
                                       DEF 1.1 HUNTER, BECKY NADINE

                         Including terminated defendants, excluding terminated counsel


    14 -    1        10-S     18:1014 FALSE STATEMENTS (F)                              Sentenced
                                                                                        (127-1)

    14 -    1        11-S     18:1341 MAIL FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        12-S     18:1341 MAIL FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        13-S     18:1341 MAIL FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        14-S     18:1343 WIRE FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        15-S     18:1341 MAIL FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        16-S     18:1341 MAIL FRAUD (F)                                    Dismissed
                                                                                        (93-1)

    14 -    1        17-S     18:1343 WIRE FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        18-S     18:152(3) FALSE STATEMENTS IN BANKRUPTCY (F)              Sentenced
                                                                                        (127-1)

    14 -    1        19-S     18:152(1) CONCEALMENT OF ASSETS (F)                       Sentenced
                                                                                        (127-1)

    14 -    1        20-S     18:1014 FALSE STATEMENTS (F)                              Sentenced
                                                                                        (127-1)

    14 -    1        21-S     18:1341 MAIL FRAUD (F)                                    Sentenced
                                                                                        (127-1)

    14 -    1        22-S     18:1001(a)(3) FALSE STATEMENTS (F)                        Sentenced
                                                                                        (127-1)

    14 -    1        23-S     18:1001(a)(3) FALSE STATEMENTS (F)                        Sentenced
                                                                                        (127-1)

    14 -    1        24-S     18:1343 WIRE FRAUD (F)                                    Sentenced
                                                                                        (127-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                              "USA V BECKY NADINE HUNTER"

                                    For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Joseph W. Miller, U.S. Magistrate Judge
             Filed: 02/20/04
            Closed: 02/23/05
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 02/20/04 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 02/20/04 | {SEALED} |
| 2 - 1 | 02/20/04 | [Re: DEF 1] AHB Grand Jury Minutes; Indt secret; WOA to issue; det per 18:3142(f). |
| 3 - 1 | 02/23/04 | {SEALED} |
| NOTE - 2 | 02/25/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 2/24/04. |
| NOTE - 3 | 02/25/04 | Proposed trial date setting for arraignment forwarded to Judge Beistline 2/25/04. |
| 4 - 1 | 02/25/04 | [Re: DEF 1] JWM Minute Order granting motion to file original indictment under seal and to file redacted indictment (3-1); clerk to file Indt under seal upon notice of arrest of def; clerk directed to file redacted Indt.  cc: USA |
| 5 - 1 | 02/25/04 | [Re: DEF 1] PLF 1 REDACTED Indictment. |
| 6 - 1 | 02/26/04 | [Re: DEF 1] JWM Minute Order that MO dkt 4 is amended as follows: granting motion to file original indictment under seal and to file redacted indictment (3-1); clerk to file Indt under seal upon notice of arrest of def; clerk directed to file redacted Indt; K. Loeffler's request for telephonic participation during 2/26/04 arr is GRANTED.  cc: USA |
| 7 - 1 | 02/26/04 | [Re: DEF 1] JWM Court Minutes [ECR: Carolyn Bollman] from Arraignment on Indictment held 02/26/04: Financial affidavit filed, FPD appointed, NG plea entered to all counts. Disc Conf 03/10/04, PTM's due 03/17/04, TBJ 04/12/04 at 8:30 a.m. w FPTC 04/05/2004 at 8:30 a.m. Defendant detained, detention hrg set for 03/03/04 at 10:00 a.m. cc: Loeffler, Tatter, FPO, USM, Judge Beistline |
| 8 - 1 | 02/26/04 | DEF 1 Financial Affidavit. |
| 9 - 1 | 02/26/04 | [Re: DEF 1] JWM Order of Detention Pending Detention hrg. cc: Loeffler, Tatter, FPO, USM, Judge Beistline |
| 10 - 1 | 02/26/04 | [Re: DEF 1] JWM Order regarding preparation for trial: Disc conf 03/10/04, PTM's due 03/17/04. cc: Loeffler, Tatter, FPO, USM, Judge Beistline |
| 11 - 1 | 03/01/04 | [Re: DEF 1] RRB Minute Order setting trial by jury 4/12/04 for 8:30 a.m. and FPTC for 4/5/04 at 8:30 a.m. in Courtroom #3 at Anchorage, Ak. cc: K. Loeffler, S. Tatter, USM, USPO, Mj Miller, jury clerk |
| 12 - 1 | 03/01/04 | [Re: DEF 1] Return of WOA executed by FBI in Fairbanks, AK on 2/24/04. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                            "USA V BECKY NADINE HUNTER"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 03/05/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from Detention hrg held 03/03/04: Defendant detained pending trial. cc: Loeffler, Tatter, FPO, USM, Judge Beistline |
| 14 - 1 | 03/16/04 | [Re: DEF 1] PLF 1 Superseding Indt (redacted). |
| 15 - 1 | 03/17/04 | [Re: DEF 1] JDR Grand Jury Minutes; no bail set (det per 18:3142(f); set for arr and notify USM; in custody. |
| 16 - 1 | 03/17/04 | [Re: DEF 1] JWM Minute Order arr on SIndt set 11:00 a.m., 3/19/04; cnsl for def may participate telephonically.  cc: USA, FPD, USM, PO |
| 17 - 1 | 03/17/04 | DEF 1 Unopposed motion to continue pretrial motions due 3/17/04 to at least 3/26/04 w/att aff. |
| 18 - 1 | 03/18/04 | [Re: DEF 1] JWM Minute Order denying motion Unopposed motion to continue pretrial motions due 3/17/04 (17-1). USA, FPD |
| 19 - 1 | 03/18/04 | DEF 1 Unopposed motion to waive appearance at arraignment (shortened time) w/att consent. |
| 20 - 1 | 03/19/04 | DEF 1 Errata (on shortened time) re: DEF 1 Unopposed motion to waive appearance at arraignment (shortened time) (19-1) |
| 21 - 1 | 03/22/04 | [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from Arr on Superseding indictment held 03/19/04: NG plea entered to counts 16, 17, 21, 22, 23 and 24. TBJ remains set for 04/12/04; Parties directed to file a motion re: continuing pretrial deadlines. cc: Loeffler, Tatter, FPO, USM, Judge Beistline |
| 22 - 1 | 03/23/04 | DEF 1 Unopposed motion on shortened time for a joint status conference before District Judge. |
| 23 - 1 | 03/24/04 | [Re: DEF 1] RRB Order granting unopposed motion on shortened time for a joint status conference before District Judge (22-1).  Joint Status conference is set for  4/5/04 at 8:30 a.m.  Def may appear telephonically.  cc: AUSA, S. Tatter, USm, USPO, MJ Miller |
| 24 - 1 | 03/24/04 | PLF 1; DEF 1 Stipulation for commercial copying. |
| 24 - 2 | 04/02/04 | [Re: DEF 1] JWM Order granting stipulation Stipulation for commercial copying (24-1). cc: Loeffler, Tatter, FPO, USM, Judge Beistline |
| 25 - 1 | 04/02/04 | [Re: DEF 1] JWM Minute Order that plf directed to file by COB 4/5/04 certificate of discovery and show cause why original ddln was not complied with.  cc: USA, FPD |
| 26 - 1 | 04/06/04 | {SEALED} |
| 27 - 1 | 04/06/04 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] status/final pretrial conference held 4/5/04.  Joint oral motion to continue granted.  Court found excludable delay under section 3161 (h)(8)(B)(ii) case unususal or complex.  TBJ rescheduled for 7/6/04 at 8:30 a.m. in Fairbanks, Ak. estimated of two  weeks.  TBJ set 4/12/04 at is vacated.  Def cnsl directed to file pretrial motions by 5/7/04, gov's response due by 5/21/04.  Def's detention continued.  Ex parte hearing held under seal.  cc: AUSA, FPD, USM, USPO, MJ Miller, JC |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                              "USA V BECKY NADINE HUNTER"

                                  For all filing dates

Document #     Filed       Docket text
_____     _____       _____

 28 -   1    04/06/04    [Re: DEF 1] PLF 1 Discovery conference certificate.

 29 -   1    04/23/04    DEF 1 motion for detention hearing w/att memo, aff and exh.

 30 -   1    05/06/04    [Re: DEF 1] JWM Order granting motion for detention hearing (29-1). Hrg
                         set for 05/11/04 at 1:30 p.m. cc: Leoffler, Tatter, FPO, USM, Judge
                         Beistline

 31 -   1    05/06/04    DEF 1 Unopposed motion to reschedule detention hearing (on shortened
                         time) w/att aff.

 32 -   1    05/07/04    [Re: DEF 1] JWM Order granting motion to reschedule detention hearing
                         (on shortened time) to 5/12/04 at 1:30 pm in Fairbanks (31-1).

 33 -   1    05/07/04    DEF 1 Unopposed motion to continue pretrial motions ddln to 5/10/04
                         w/att aff.

 34 -   1    05/07/04    DEF 1 motion to suppress fruits of search w/att memo/exh.

 35 -   1    05/07/04    DEF 1 motion to dismiss for statute of limitations violation an for
                         preindictment delay w/att memo.

 36 -   1    05/07/04    DEF 1 motion for bill of particulars or for dismissal due to
                         multiplicity w/att memeo.

 37 -   1    05/07/04    DEF 1 motion for a change of venue w/att memo/exh

 38 -   1    05/10/04    DEF 1 motion to dismiss for failure to state a crime w/att memo/exh.

 39 -   1    05/10/04    DEF 1 motion to sever w/att memo.

 40 -   1    05/10/04    DEF 1 motion to suppress fruits of search from 2000 and 2001 w/att memo.

 40 -   2    05/10/04    DEF 1 motion (request) for evidentiary hearing re: 40-1 w/att memo.

 41 -   1    05/11/04    [Re: DEF 1] PLF 1 Notice of Government's Evidence for Detention Hearing.

 42 -   1    05/14/04    [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] re Detention Hearing
                         held 5/12/04. Frank Wake sworn and testified on behalf of the defendant.
                         Court and counsel heard re defense counsel's proposed release of
                         defendant to North Star Center. Hearing continued until 5/21/04 at 12:00
                         p.m. in Fairbanks. Defendant's detention continued.  cc: USA; USMS;
                         USPO; S. Tatter, FPD; Judge Beistline; Magistrate Judge Miller.

 43 -   1    05/18/04    [Re: DEF 1] JWM Minute Order granting nunc pro tunc to 5/7/04 motion
                         Unopposed motion to continue pretrial motions ddln to 5/10/04 (33-1);
                         ptms due COB 5/10/04; oppos due COB 5/24/04.  cc: USA, FPD

 44 -   1    05/19/04    DEF 1 Unopposed motion on shortened time to cont det hrg w/att aff.

 45 -   1    05/20/04    [Re: DEF 1] JWM Minute Order granting Unopposed motion on shortened time
                         to cont det hrg (44-1); Det hrg set for 10:00 a.m., 6/4/04 cc: USA; USM;
                         USPO; FPD; Judge Beistline; Magistrate Judge Miller.

 46 -   1    05/24/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress fruits of
                         search from 2000 and 2001 (40-1); PLF 1 opposition to DEF 1 motion
                         (request) for franks hearing re: 40-1 (40-2). w/att exhs.

ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                       Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                                 "USA V BECKY NADINE HUNTER"

                                      For all filing dates


 Document #    Filed       Docket text

    47 -   1   05/24/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss counts 11-17 for
                           failure to state a crime (38-1).

    48 -   1   05/24/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bill of particulars or
                           for dismissal due to multiplicity (36-1).

    49 -   1   05/24/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss for statute of
                           limitations violation an for preindictment delay (35-1).

    50 -   1   05/24/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress fruits of
                           search (34-1).

    51 -   1   05/24/04    [Re: DEF 1] PLF 1 partial opposition to DEF 1 motion for a change of
                           venue (37-1).

    52 -   1   05/24/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever (39-1).

    53 -   1   05/26/04    PLF 1; DEF 1 Stipulation that def may file reply briefs by 6/4/04.

    54 -   1   05/27/04    [Re: DEF 1] JWM Order granting stipulation that def may file reply
                           briefs by 6/4/04 (53-1). cc: Loefler, Tatter, FPO, USM, Judge Beistline

    55 -   1   06/02/04    DEF 1 Notice of conditinal withdrawal (filed on shortened time).

    56 -   1   06/03/04    DEF 1 Unopposed motion on shortened time to vacate continued det hrg.

    57 -   1   06/03/04    [Re: DEF 1] AHB Minute Order granting unopposed motion on shortened time
                           to vacate continued det hrg (56-1); def's det cont as prev set. cc: USA,
                           FPD, USM, USPO

    59 -   1   06/03/04    DEF 1 motion to continue response time to government's oppositions on
                           shortened time.

    58 -   1   06/04/04    [Re: DEF 1] RRB Minute Order the referral to the magistrate judge is
                           rescinded and this case will be handled by Judge Beistline in its
                           entirety. cc: AUSA, FPD, USM, USPO, MJ Miller

    60 -   1   06/04/04    [Re: DEF 1] RRB Order granting motion to continue response time to
                           government's oppositions on shortened time until 6/11/04 (59-1).  cc:
                           AUSA, FPD

    61 -   1   06/07/04    {SEALED}

    62 -   1   06/07/04    {SEALED}

    63 -   1   06/10/04    DEF 1 reply to opposition to DEF 1 motion to sever (39-1).

    64 -   1   06/10/04    DEF 1 reply to opposition to DEF 1 motion to suppress fruits of search
                           (34-1) w/att exh.

    65 -   1   06/14/04    DEF 1 reply to opposition to DEF 1 motion for bill of particulars or for
                           dismissal due to multiplicity (36-1).

    66 -   1   06/14/04    DEF 1 reply to opposition to DEF 1 motion to suppress fruits of search
                           from 2000 and 2001 (40-1).
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                             "USA V BECKY NADINE HUNTER"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 67 - 1 | 06/14/04 | DEF 1 reply to opposition to DEF 1 motion to dismiss for statute of limitations violation an for preindictment delay (35-1). |
| 68 - 1 | 06/17/04 | [Re: DEF 1] RRB Order denying motion to suppress fruits of search (34-1), motion to dismiss for statute of limitations violation an for preindictment (35-1), motion for bill of particulars or for dismissal due to multiplicity (36-1), motion to dismiss for failure to state a crime (38-1), motion to sever (39-1), motion to suppress fruits of search from 2000 and 2001 (40-1), motion (request) for evidentiary hearing re: 40-1 (40-2); granting motion for a change of venue (37-1). The Trial will begin 7/7/04 at 8:30 a.m. in Anchorage.  cc: AUSA, S. Tatter, USM, USPO, JC, MJ |
| 69 - 1 | 06/23/04 | [Re: DEF 1] Transcript re: detention hrg held 3/3/04. (located in an expando file) |
| 70 - 1 | 06/23/04 | [Re: DEF 1] PLF 1 Notice of intent to use the digital evidence presentation system. |
| 71 - 1 | 06/28/04 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 72 - 1 | 06/28/04 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 73 - 1 | 06/28/04 | [Re: DEF 1] PLF 1 Trial Brief. |
| 74 - 1 | 06/29/04 | [Re: DEF 1] JWS Minute Order that a scheduling conference is set for 6/30/04 at 2:00 p.m. in Courtroom #1 before Judge Sedwick.  cc: AUSA, FPD, USM, USPO Judge Beistline |
| 75 - 1 | 06/29/04 | DEF 1 Proposed Voir Dire. |
| 76 - 1 | 06/29/04 | DEF 1 motion in limine. |
| 76A- 1 | 06/30/04 | DEF 1 Proposed Jury Instructions. |
| 77 - 1 | 07/01/04 | [Re: DEF 1] JWS Minute Order based on the stat conf held 6/30/03, this case is reassigned to Judge Sedwick.  FPTC set for 7/7/04 at 8:30 a.m. TBJ to commence 7/7/04 at 9:00 a.m. and will be limited to empanelment of the jury.  Opening statements will be heard 7/15/04 at 9:00 a.m. followed by evidence.  cc: AUSA, FPD, USM, USPO, JC, Judge Beistline |
| 78 - 1 | 07/01/04 | [Re: DEF 1] JWS Minute Order status conference is set for 7/1/04 at 2:00 p.m. in Courtroom #1.   cc: AUSA, FPD, USM, USPO |
| 79 - 1 | 07/01/04 | [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re Sched Conf hld 6/30/04; case reassigned to Judge Sedwick; Jury selection set for 7/7/04; TBJ set for 7/15/04 at 9:00 a.m.; USM to house def at Highland Mountain if space is available. cc: USA, FPD, USM, USPO, JC, Judge Sedwick. |
| 80 - 1 | 07/01/04 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] Status conf held 7/1/04.  Case is reassigned back to Judge Beistline.  Trial by jury to begin as previously set 7/7/04 at 8:30 a.m.  Court recommends to the USM that the def be housed at Hiland Mountain Correctional Facility.  cc: AUSA, FPD, USM, USPO, JC |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                              "USA V BECKY NADINE HUNTER"

                                  For all filing dates


 Document #    Filed       Docket text

    81 -   1   07/01/04    [Re: DEF 1] JWS Minute Order that this case is returned to the docket of
                           Judge Beistline for all further proceedings.  FPTC sset for 8:30 a.m.
                           7/7/04 remains as set.  TBJ to commence at 9:00 a.m. 7/7/04, opening
                           statements and evidence will be received beginning 7/7/04 and the case
                           will continue on a daily bsis until it is concluded.  cc: AUSA, FPD,
                           USM, USPO, JC

    82 -   1   07/02/04    DEF 1 motion on shortened time for continuance of trial for sixty days.

    83 -   1   07/02/04    [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time for
                           continuance of trial for sixty days. (82-1)

    84 -   1   07/02/04    [Re: DEF 1] PLF 1 oppositon to DEF 1 motion in limine (76-1).

    85 -   1   07/02/04    [Re: DEF 1] RRB Minute Order a hearing re: def's mot on shortened time
                           for continuance of trial for sixty days is set for 7/6/04 at 1:30 p.m.
                           in Courtroom #3.  cc: K. Loeffler, S. Tatter, USM, USPO

    86 -   1   07/06/04    [Re: DEF 1] PLF 1 Exhibit List w/att list.

    87 -   1   07/06/04    [Re: DEF 1] PLF 1 Trial Witnesses.

    88 -   1   07/06/04    DEF 1 Notice of Intent to change plea.

    89 -   1   07/07/04    [Re: DEF 1] RRB Court Minutes [ECR: Debby Willoughby-Lyons] Hrg re mot
                           to continue trial (82-1) held 7/6/04.  Court denied motion on shortened
                           time for continuance of trial for sixty days (82-1).  Oral motion to
                           dismiss court 7 of the Indictment granted.  cc; AUSA, FPD, USM, USPO

    90 -   1   07/07/04    {SEALED}

    91 -   1   07/08/04    [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] FPTC/PCOP/TBJ,
                           Day 1 held 7/7/04.  Def plead guilty to counts 1 through 6, 8 through
                           15, 17 through 19, 21 through 24 of the Superseding Indictment.  Count
                           20 to proceed to trial.  Court accepted plea.  Count 7 to be dismissed
                           at IOS. Court granted the motion of the US to dismiss count 16 of the
                           Superseding Indictment.   IOS set for 9/28/04 at 1:15 p.m.  Court
                           proceeded with jury selection.  Court to reconvene with opening
                           statements 7/12/04 at 8:30 a.m.  Hrg re restitution and victim impact
                           statements set for 7/8/04 at 9:00 a.m. w/att jury panel record.  cc:
                           AUSA, FPD, USM, USPO, JC

    92 -   1   07/08/04    [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] Hrg re
                           restitution and victim impact statements Held 07/08/04; statements
                           heard.

    93 -   1   07/08/04    [Re: DEF 1] RRB Judgment dismissed or Other count(s) 16S of document
                           (14-1). cc: USA, FPD, USM, USPO, def w/cnsls cy

    94 -   1   07/12/04    [Re: DEF 1] PLF 1 Proposed Jury Instructions

    95 -   1   07/13/04    [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore/Caroline Edmiston] of
                           TBJ-day 2 (held 7/12/04); govt's proposed jury instructions FILED; oral
                           mot for judgment of acquittal DENIED; matter to reconvene 7/13/04 at
                           8:30 a.m.  cc: USA, FPD, USM, PO
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                              "USA V BECKY NADINE HUNTER"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 96 - 1 | 07/13/04 | [Re: DEF 1] AMENDED RRB Court Minutes [ECR: Caroline Edmiston] of FPTC/PCOP/ TBJ (day 1) (Held 7/7/04); def changed plea to guilty re: Cts 1-6, 8-15, 17-19, 21-24; Ct 7 to be dismissed at IOS; Ct 20 to proceed to trial; IOS set 1:15 p.m. 9/28/04; govt's oral mot to dismiss Ct 16 GRANTED; jury panel selected; reading of Indt, trial sch and hrg re: resititution and victim impact statements set 9:00 a.m., 7/8/04; trial to reconvene 7/12/04 at 8:30 a.m.   cc: USA, FPD, USM, PO |
| 97 - 1 | 07/13/04 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] TBJ Day 3 held 7/13/04.  Verdict published.  Def found guilty.  IOS set for 10/1/04 at 1:15 p.m. in Fairbanks.  IOS previously set 9/28/04 is vacated w/att wit & exh list, jury notes. cc: AUSA, FPD, USM, USPO |
| 98 - 1 | 07/13/04 | [Re: DEF 1] Verdict. |
| 99 - 1 | 07/13/04 | [Re: DEF 1] Jury Instructions. |
| 100 - 1 | 08/25/04 | [Re: DEF 1] PLF 1 motion to continue sentencing. |
| 101 - 1 | 08/27/04 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion to continue sentencing (100-1). |
| 102 - 1 | 08/30/04 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion to continue sentencing (100-1). |
| 103 - 1 | 09/03/04 | [Re: DEF 1] RRB Minute Order granting motion to continue sentencing (100-1). IOS set 10/1/04 is vacated and reset for 11/12/04 at 9:00 a.m. in Fairbanks.   cc; AUSA, FPD, USM, USPO |
| 104 - 1 | 09/15/04 | [Re: DEF 1] Transcript VOL 2 TBJ - 2ND DAY held 7/12/04. (located in expando file) |
| 105 - 1 | 10/04/04 | {SEALED} |
| 106 - 1 | 10/06/04 | {SEALED} |
| 107 - 1 | 11/22/04 | [Re: DEF 1] RRB Order US Probation office request to obtain documents to assist in the preparation of a confidential pre-sentence report in this matter is granted.  Any agency holding records releating to Ms. Becky Hunter, sealed or not, including those in Multnomah County # C-7710-14219, be provided to M. Lundgren USPO.  cc: AUSA, FPD, USM, USPO |
| 108 - 1 | 12/06/04 | DEF 1 motion to vacate order entered at docket 107 w/att aff. |
| 108 - 2 | 12/06/04 | DEF 1 Request for hearing on Probation officer's application for disclosure order re: DEF 1 motion to vacate order entered at docket 107 (108-1). |
| 109 - 1 | 12/13/04 | [Re: DEF 1] RRB Minute Order a hearing will be held re dkt 107 on 12/17/04 at 10:30 a.m. in Courtroom #3.  cc: cnsl, USPO |
| 110 - 1 | 12/13/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate order entered at docket 107 (108-1). |
| 111 - 1 | 12/17/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Hearing on def's mot to vacate order entered at dkt 107 re: USPO's application for disclosure |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                            "USA V BECKY NADINE HUNTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
|  |  | order ehld 12/17/04.  Def's mot to vacate order denied.  cc: AUSA, FPD, USM, USPO |
| 112 - 1 | 12/27/04 | DEF 1 Unopposed motion on shortened time to continue sentencing set for 1/24/05 w/att aff. |
| 113 - 1 | 12/28/04 | [Re: DEF 1] RRB Order granting unopposed motion on shortened time to continue sentencing set for 1/14/05 (112-1).  IOS set 1/14/05 is vacated and reset for 2/14/05 at 11:00 a.m.  cc: AUSA, FPD, USM, USPO |
| 114 - 1 | 02/02/05 | [Re: DEF 1] PLF 1 motion on shortened time to unseal plea hearing held 7/2/04. |
| 115 - 1 | 02/03/05 | [Re: DEF 1] RRB Order granting motion on shortened time to unseal plea hearing held 7/2/04 (114-1).  cc: AUSA, S. Tatter |
| 116 - 1 | 02/07/05 | [Re: DEF 1] PLF 1 Notice of correct date for change of plea hearing on proposed order filed on shortened time. |
| 117 - 1 | 02/07/05 | DEF 1 Sentencing Memorandum w/att exhs a & b UNDERSEAL. |
| 118 - 1 | 02/07/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exhs. |
| 119 - 1 | 02/08/05 | [Re: DEF 1] RRB Order granting governments mot on shortened time to unseal the COP hearing 7/7/04.  cc: AUSA, FPD |
| 120 - 1 | 02/09/05 | [Re: DEF 1] RRB Minute Order vacating 11:00 a.m. IOS 02/14/05 and rescheduling IOS for 9:30 a.m. 02/14/05. cc: Cooper, Tatter, FPO, USM |
| 121 - 1 | 02/09/05 | DEF 1 Notice of filing letter. |
| 122 - 1 | 02/11/05 | PLF 1 Notice on shortened time, of witness for sentenceing and witness scheduling issues. |
| 124 - 1 | 02/14/05 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Imposition of Sentence Hearing - Day 1 held 2-14-05. James Cannon and Mrs. Hunter testified on behalf of defendant. Shari Cimmarrusti, Magda Clark, John Middleton, Agent Mark Terra, Dr. David Sperbeck testified on behalf of plaintiff. Exhibits 100, 204, 246, 224, 211, 225, 45 pp. 1 & 2, 63, 61, and 3 were identified. cc:  USA; USM; USPO; S. Tatter, FPD; Judge Beistline. |
| 126 - 1 | 02/14/05 | [Re: DEF 1] PLF 1 Notice of Exhibit Inventory and Disposition.  cc: USA; USM; USPO; S. Tatter, FPD; Judge Beistline. |
| 123 - 1 | 02/15/05 | DEF 1 appeal to 9CCA of (127-1) filed 02/23/05. cc:cnsl, Judge, 9CCA |
| 125 - 1 | 02/15/05 | [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Imposition of Sentence hearing Day 2 - held 2-15-05. Notice of Appeal form given to counsel. Sentence imposed as stated in judgment. Court and counsel discuss Booker case. Court and counsel stipulate regarding Dr. Haven's report will not be argued.  cc: USA; USM; USPO; S. Tatter, FPD; Judge Beistline. |
| 127 - 1 | 02/23/05 | [Re: DEF 1] RRB Judgment count 7S & 16S dismissed of document (14-1); pleaded guilty to count(s) 1S,2S,3S,4S,5S,6S,8S,9S, 10S,11S,12S, 13S,14S, 15S,17S,18S,19S,21S,22S,23S,24S of document (14-1); was found guilty (s) 20S of document (14-1). Imprisonment for a term of 121 months on cts 1,2,10,20, 17 & 24 & 60 months on cts 3-6,8,9,11-15 18,19,21-23 |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                              "USA V BECKY NADINE HUNTER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | all to be served concurrent w/recommendations.  Def is remanded to the custody of the USM.  SR 3 years on Cts 1-6, 8, 9, 11-15, 17-19, 21-24 and 5 years on cts 10 & 20 all to run concurrent w/standard and special conditions.  SA $2,200.00 & Restitution $56,543.00.  Restitution to be paid as stated.  Def must pay interest on restitution more than $2,500.00 unless paid in full before the 15 day after the date of the judgment. cc: AUSA, FPD, USM, USPO, Def w/cnsl cy, Finance, FLU |
| 128 - 1 | 02/25/05 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (123-1) cc:cnsl. |
| 129 - 1 | 02/28/05 | DEF 1 Transcript Designation and Original order Form re: notice of appeal (123-1). cc: ecr |
| 130 - 1 | 03/21/05 | DEF 1 PARTIAL Transcript of IOS held 2/14/05. |
| 131 - 1 | 04/08/05 | [Re: DEF 1] Transcript re FPTC/COP/TBJ-Day 1 (held 7/7/04) re: notice of appeal (123-1) |
| 132 - 1 | 04/08/05 | [Re: DEF 1] Transcript re Hrg Re Restitution and Victim Impact Statements (held 7/8/04) re: notice of appeal (123-1) |
| 133 - 1 | 04/08/05 | [Re: DEF 1] Transcript of TBJ-Day 3 (held 7/13/04) re: notice of appeal (123-1) |
| 134 - 1 | 04/08/05 | [Re: DEF 1] PARTIAL Transcript of IOS (held 2/14/05) re: notice of appeal (123-1) |
| 135 - 1 | 04/08/05 | [Re: DEF 1] PARTIAL Transcript of Cont IOS (held 2/15/05) re: notice of appeal (123-1) |
| 136 - 1 | 04/08/05 | [Re: DEF 1] PARTIAL Transcript of Cont IOS (held 2/15/05) re: notice of appeal (123-1) |
| 137 - 1 | 04/13/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (123-1) cc: cnsl |
| 138 - 1 | 04/14/05 | DEF 1 Notice Of Exhibit Inventory and Disposition Notice. |
| 139 - 1 | 04/20/05 | [Re: DEF 1] Copy of Order from 9CCA relieving FPD as counsel. New counsel will be appointed by separate order. (123-1) cc:  USA; FPD; Judge Beistline. |
| 140 - 1 | 04/22/05 | [Re: DEF 1] PLF 1 CJA appointment/payment.  cc: Judge Beistline; 9CCA |
| 141 - 1 | 07/11/05 | {SEALED} |
| 141 - 2 | 07/11/05 | {SEALED} |
| 142 - 1 | 07/12/05 | {SEALED} |
| 143 - 1 | 07/12/05 | {SEALED} |
| 143A- 1 | 07/22/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 4 | 07/26/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 144 - 1 | 07/26/05 | DEF 1 AMENDED (Supplemental) Transcript Designation Form re: notice of appeal (123-1). cc: ecr |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F04-0002--CR (RRB)
                            "USA V BECKY NADINE HUNTER"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 145 - 1 | 07/26/05 | {SEALED} |
| 146 - 1 | 07/26/05 | [Re: DEF 1] cy Amended 9CCA Certificate of Record. (123-1) cc: USA, T. Kellogg |