UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                            (X) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103              ( )JUDGE

From: U.S. District Court
     101 12th Ave Room 332
     Fairbanks, AK 99701

DC No: 4:04-cr-00002-RRB                    Appeal No: 05-30102

Short title: USA v Becky Nadine Hunter

Composition of Record

Clerk's Files in 7 volumes    (X) original    ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                             (folders)

Reporter's in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in _____ envelopes    ( ) under seal

         in _____ boxes        ( ) under seal

Other: Exhibit's at Docket # 118, and 1(one)pink file under seal _____
_____
_____

(please note any documents filed under seal)


Acknowledgement:_____    Date:_____
"record.app" [11/21/97]