Terrence Kellogg, Attorney

P.O. Box 70819

Seattle, WA. 98127

Telephone: 206 781-8181

**ORIGINAL**

RECEIVED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BECKY NADINE HUNTER, )<br>) | NO. F04-0002 CR (RRB)<br><br>MOTION TO RELEASE ON<br><br>BOND PENDING APPEAL |

BECKY HUNTER, through counsel appointed to represent Ms. Hunter on appeal, Terrence Kellogg, moves the court for entry of an order setting conditions of release pending appeal in this matter.

This motion is brought pursuant to Rule 46(c) of the Federal Rules of Criminal Procedure and 18 United States Code § 3143(b)(1)(B)(iv) and is supported by the memorandum of Defendant Becky Hunter set forth

DEFENDANT HUNTER'S MOTION
- FOR BOND PENDING APPEAL - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

separately.

Dated :

                S/ _____
                Terrence Kellogg,
                Attorney for Becky Hunter
                WA. State Bar # 6452
                P.O. Box 70819
                Seattle, WA. 98127
                Telephone: (206) 781-8181
                E-Mail: terrykellogg@comcast.net

## CERTIFICATE OF SERVICE

I certify that on January 22nd, 2008, I mailed one copy of Defendant Becky Nadine Hunter's Motion For Release to:

Karen L. Loeffler, AUSA
Assistant United States Attorney
U.S. Attorney's Office
222 West 7th Avenue, #9
Anchorage, Alaska 99513-7567

Dated this 22nd day of January, 2008.

_____
Terrence Kellogg, Attorney for Becky Nadine Hunter

DEFENDANT HUNTER'S MOTION
- FOR BOND PENDINGAPPEAL - 2

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181