NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    vs.                       )<br>                              )<br>BECKY NADINE HUNTER,          )<br>                              )<br>            Defendant.        )<br>_____)  | Case No. 4:04-cr-002 (RRB)<br><br><u>MOTION FOR EXTENSION<br>OF TIME</u> |

COMES NOW the United States of America, by and through counsel, and submits this Motion for Extension of Time to File Response.

The undersigned is presently in Fairbanks in a trial which is anticipated to run until the middle of February.  The government respectfully requests that its

response date be extended by two weeks and said response be due on February 18, 2008.

RESPECTFULLY submitted this 28th day of January, 2008, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Karen L. Loeffler
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Rm 253
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008,
a copy of the foregoing MOTION FOR
EXTENSION OF TIME
was served by USPS mail service on

Terrence Kellogg, Attorney
P.O. Box 70819
Seattle, WA 98127

s/ Karen L. Loeffler