IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BECKY NADINE HUNTER,<br><br>　　　　Defendant. | )  Case No. 4:04-cr-002 (RRB)<br>)<br>)<br>)  [PROPOSED] ORDER ON<br>)  EXTENSION OF TIME<br>)<br>)<br>)<br>)<br>) |

The Government having moved for an extension of time to file its response to Motion to Release on Bond Pending Appeal. The motion for extension of time is granted and the government shall have until February 18, 2008, to file its response.


Date: _____          _____
                                     RALPH R. BEISTLINE
                                     United States District Court Judge