Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BECKY NADINE HUNTER,<br><br>        Defendant. | NO. 4:04-cr-00002-RRB<br><br>**NOTICE TO DISCONTINUE<br>ELECTRONIC SERVICE** |

Sue Ellen Tatter hereby notifies the Court that she is no longer an active participant in *United States v. Becky Nadine Hunter*, Case No. 4:04-cr-00002-RRB, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED at Anchorage, Alaska this 14th day of February 2008.

Respectfully submitted,

/s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:            907-646-3480
E-Mail:        sue_ellen_tatter@fd.org

Certification:
I certify that on February 14, 2008,
a copy of the **Notice to Discontinue
Electronic Service** was served
electronically on:

Karen L. Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


/s/Sue Ellen Tatter