Terrence Kellogg, Attorney

P.O. Box 70819

Seattle, WA. 98127

Telephone: 206 781-8181

RECEIVED
MAR 2 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BECKY NADINE HUNTER, | NO. F04-0002 CR (RRB)<br><br>REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE ON BOND PENDING APPEAL |

BECKY HUNTER, through counsel appointed to represent Ms. Hunter on appeal, Terrence Kellogg, asks the court consider the following reply to defendant's motion for release pending bond on appeal. .

The cases for which Ms. Hunter's appeal was stayed, *United States v. Carty*, No. 05-10200, and *United States v. Zavalla*, No. 05-30120, were decided March 25, 2008. In adopting the deferential standard on appeal to a sentence within the sentencing guidelines the Ninth Circuit made clear the threshold issue on appeals of sentences remains whether or not the guideline calculation as determined by the sentencing court was correct. Hunter's position on appeal has consistently been that is not the case in this instance

DEFENDANT HUNTER'S MMDRM IN SUPPORT OF MOTION
FOR BOND PENDING APPEAL - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

because of the erroneous guideline calculation at the time of sentencing, in part based upon the holding in *United States v. McCormac*, 309 F. 3d 623 (9th Cir 2002), The government's argument as to the inapplicability of *McCormac* in this case does not disclose the question of collateral not part of loss for guideline purposes determined by the intent of the defendant.

There following are factual assertions in the government's response which Ms. Hunter has asked be corrected by this reply:

It is misleading to assert Ms. Hunter misrepresented herself as a nurse "over a period of 20 years". It is more accurate to state that at the commencement and again at the conclusion of a 20 year period Ms. Hunter represented she was a nurse when she was not.

Ms. Hunter reports the only time she gave injections was while under appropriate supervision following training when she operated an adult care facility and had to provide insulin shots for diabetics under her care. There were not "other medical procedures" which were performed by Ms. Hunter.

The representation that one actual nurse was unable to obtain a credit card "for some 20 years" is not supported by the record. Rebecca Hartwig testified she first became aware of her credit impairment "… around the mid-nineties when we first came back from overseas in Tanzania…" when she was denied a credit card. The only other nurse-victim, Dr. Bennett, testified she only had become aware of a potential problem the previous February when she "got a phone call out of the blue" from investigating authorities. Her expressed fears were of what could happen given the situation rather than

DEFENDANT HUNTER'S MMDRM IN SUPPORT OF MOTION
FOR BOND PENDING APPEAL - 2

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

relating actual events.

As to safety to be at large, Ms. Hunter is presently detained at camp. A facility without fences or walls 500 feet from an interstate highway in Phoenix, Arizona. Moreover, Ms. Hunter was permitted to self-report to the camp following release from the Federal Correctional Institute she was designated to. She traveled, without guard or escort, by cab, plane, and bus to surrender as directed.

Based upon the above, the court is asked to grant defendant's motion for bond pending appeal.

Respectfully submitted this 26th day of March, 2008.

Terrence Kellogg,
Attorney for Becky Hunter
WA. State Bar # 6452
P.O. Box 70819
Seattle, WA. 98127
Telephone: (206) 781-8181
E-Mail: terrykellogg@comcast.net

## CERTIFICATE OF SERVICE

I certify that on January 22nd, 2008, I mailed one copy of Defendant Becky Nadine Hunter's Memorandum In Support of Motion For Release to:

Karen L. Loeffler, AUSA
Assistant United States Attorney
U.S. Attorney's Office
222 West 7th Avenue, #9
Anchorage, Alaska 99513-7567

Dated this 26th day of March, 2008.

Terrence Kellogg, Attorney for Hunter

DEFENDANT HUNTER'S MMDRM IN SUPPORT OF MOTION
FOR BOND PENDING APPEAL - 3

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181