

FILED

AUG 01 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



RECEIVED
AUG 04 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-30102 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00002-RB<br>District of Alaska,<br>Anchorage |
| v. | |
| BECKY NADINE HUNTER, | ORDER |
| Defendant - Appellant. | |

Before: KOZINSKI, Chief Judge, BERZON and TALLMAN, Circuit Judges.

This case is resubmitted effective July 30, 2008.